IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GUIDEONE ELITE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:04cv1190-T (WO) |
| M. FLOYD BAILEY, JR., and JAMES H. FAULKNER, III, | ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion to dismiss and amended motion to dismiss (doc. no. 27) are granted and this case is dismissed in its entirety as moot. The court assumes that the other parties do not object to the dismissal; however, if they do they must file an objection within seven days from the date of this judgment.

(2) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is directed to enter this document on the docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of March, 2007.

                                                   /s/ Myron H. Thompson
                                                 UNITED STATES DISTRICT JUDGE